JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHIDIAC, et al., )<br>)<br>Plaintiff(s), )<br>)<br>VS. )<br>)<br>LEONIE INDUSTRIES, LLC, et al., )<br>)<br>)<br>Defendant(s). )<br>) | Case No. CV 10-06494-RGK (Ex)<br><br>ORDER DISMISSING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION |

On January 13, 2011, the Court issued an Order to Show Cause why the case should not be dismissed for lack of subject matter jurisdiction. Plaintiff was ordered to respond not later than February 11, 2011. As of this date, no response has been filed, therefore, the matter is ordered dismissed.

**IT IS SO ORDERED.**

Dated: March 18, 2011

*Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE